

# United States District Court
## Southern District of Texas

**Hilda G. Tagle**
U.S. District Judge

Reynaldo G. Garza and Filemon B. Vela
United States Courthouse
600 E. Harrison, Room 306
Brownsville, Texas 78520-7114
(956)548-2510
Fax (956)574-7416

August 10, 2006

Honorable Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: <u>Amendment to Calendar Year 2005 Filing</u>

Dear Judge Smith:

Please accept this as a response to your letter dated July 25, 2006 related to items on my disclosure report dated May 5, 2006.

In regards to Part V, Gifts, I would like to inform the committee that there were no reportable gifts. We have noted this in our report for future reference.

In regards to Part VI, line 1, the mortgage note to "International Bank of Commerce" was for a vacant lot on which construction of a new residence was started in 2006. We have noted this in our report for future reference.

In regards to Part VII, line 16 and 26, this was an oversight in reporting and we have made the appropriate corrections for future reference.

In regards to Part III A., line 1, honorarium received from my alma mater, Del Mar College, was a token amount given for being the keynote speaker at graduation ceremonies. I traveled an excess of 360 miles and incurred lodging and meal expenses. I have attached a letter from the College regarding this payment. I hope that this will help clarify any questions the committee may have.

Please advise if any additional information is needed. Thank you.

Sincerely



Hilda G. Tagle

HGT:vbl
Englosure



## DEL MAR COLLEGE

**What's *your* dream?**

August 10, 2006

Honorable Judge Hilda Tagle
U. S. District Judge
600 E. Harrison, Room 306
Brownsville, TX 78520

Dear Judge Tagle:

I am writing to hopefully help provide information on the honorarium that you received from the College for your participation as commencement speaker for our Spring 05 graduation program.   Thank you so much for keeping Del Mar College close to your heart.   We are very proud to have you as a former student and former distinguished faculty member.

The honorarium in the amount of $200.00 is given to speakers like you and is intended to cover some of your cost of travel, lodging, meals and incidentals that you may have incurred in traveling to the College to share your thoughts and words of encouragement with our graduating students.   While it is not a significant amount, it is a token of our appreciation for your willingness to share our student success.

I hope this short explanation will assists you in clarifying the payment to your financial disclosure committee.   It was our privilege to have you on campus once again.

Regards,

██████████

J. L. Adamz, Vice President
Business and Finance

JLA:mhj

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>TAGLE, HILDA G | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF TEXAS | 3. Date of Report<br><br>05/05/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>600 E. HARRISON, ROOM 306<br>BROWNSVILLE, TX 78520 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | Nueces County Deferred Compensation Program Agreement (Control) |
| 2. | Texas County and District Retirement Account (No Control) |
| 3. | Employee Retirement System of Texas (No Control) |
| 4. | |

2006 MAY 22 P 12: 32 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 05-20-2005 | DEL MAR COLLEGE Spring 2005 graduation commencement speaker. Honorarium | $ 200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/05 | self-employment income from interior design services |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. International Bank of Commerce | Mortgage note vacant lot | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TEXAS COUNTY/DISTRICT RETIREMENT SYSTEM | D | Interest | M | T | | | | | |
| 2. EMPLOYEE RETIREMENT SYSTEM OF TEXAS | B | Interest | K | T | | | | | |
| 3. -FIXED FUND (I) | | | | | | | | | |
| 4. DIVERSIFIED INVESTMENT ADVISORS | A | Dividend | K | T | | | | | |
| 5. FISERV INVESTOR SERVICES INC | A | Dividend | J | T | redemption | 12/31 | J | A | partial IRA distribution |
| 6. -FIDELITY ADVISOR GROWTH OPPORTUNITY CL A | | | | | | | | | |
| 7. FISERV INVESTOR SERVICES INC | A | Dividend | J | T | | | | | |
| 8. -MAINSTAY HIGH YIELD CORPORATE BND CLASS B | | | | | | | | | |
| 9. -MAINSTAY GOVERNMENT FUND CLASS B | | | | | | | | | |
| 10. FIDELITY INVESTMENTS-MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 11. NUECES COUNTY DEFERRED PLAN-NATIONWIDE | A | Dividend | M | T | | | | | |
| 12. -FID CONTRA FUND | | | | | | | | | |
| 13. -FID EQUITY INCOME FUND | | | | | | | | | |
| 14. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 15. -PUTMAN VOYAGER FND CLS A | | | | | | | | | |
| 16. -NEU BER EQ SOC RESP FND lc | A | Dividend | K | T | | | | | |
| 17. -SELINDXFNDSS&P 500 INDEX PORT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AM CENT ULTRA IC | | | | | | | | | |
| 19. UBS Financial Services Inc. | A | Dividend | J | T | | | | | |
| 20. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 21. WASHINTON MUTUAL BANK IRA | A | Interest | J | T | | | | | |
| 22. John Hancock 401(K) PLAN | A | Interest | J | T | | | | | |
| 23. -MONEY MARKET FUND | | | | | | | | | |
| 24. -ALL CAP GROWTH FUND | | | | | | | | | |
| 25. -AGGRESSIVE GROWTH FUND MID CAP ST FD (VS) | | | | | | | | | |
| 26. -U.S. LARGE CAP FUND (VS) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note: Items #19 and 30 are part of aggregate ownership agreement.

Item #22--Company changed name from UBS PAINEWEBBER RESOURCES to USB FINANCIAL SERVICES INC.

Item #25--Company changed name from MANULIFE NEW YORK to JOHN HANCOCK.

| Name of Person Reporting | Date of Report |
| --- | --- |
| TAGLE, HILDA G | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____5/15/06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544